# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE: <br><br> ANTHONY TIMMONS <br> SSAN: XXX-XX-0815 <br><br><br><br> Debtor(s) | Case No. 16-31068-DHW <br> Chapter 13 |

## TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW, the Trustee, by and through the undersigned counsel, and pursuant to 11 U.S.C. §1325 objects to confirmation of the debtor(s)' plan as filed. As grounds for said objection, the Trustee states as follows:

1. The debtor(s) filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Code on April 28, 2016.

2. The debtor(s) §341 Meeting of Creditors was held June 16, 2016.

(**X**) The plan fails to comply with Court's standing order on adequate protection payments.

(**X**) The following creditor was listed as unsecured, but filed their claim as secured or priority. The debtor's plan fails to make provisions for this claim:

        Creditor: SANTANDER CONSUMER USA
        Trustee's Claim Number: 16
        Account Number: 5194 ARRS 2013 NISSAN ALTIMA NO PROV
        Claim Amount: $966.71
        Court Claim Number: 3
        Claim Filed As: SECURED VEHICLE ARREARS DEBT

(**X**) Debtor(s) was to amend to provide for a 100% dividend to unsecured creditors.

(**X**) Debtor(s) fails to provide an interest rate for claim of Springleaf.

WHEREFORE, the above premises considered, Trustee objects to confirmation of the debtors' plan and requests that either confirmation be denied or the case be continued until such time as the above referenced issues have been resolved.

Respectfully submitted this July 11, 2016.

Office of the Chapter 13 Trustee  
P. O. Box 173  
Montgomery, AL 36101-0173  
Phone: (334)262-8371  
Fax: (334)262-8599  
email: hayest@ch13mdal.com

Curtis C. Reding  
Chapter 13 Trustee

By:/s/ *Tina J. Hayes*  
Tina J. Hayes

## CERTIFICATE OF SERVICE

   I, the undersigned, hereby certify that I have served copies of the foregoing Trustee's Objection to Confirmation on the parties listed below by either electronic mail or by placing same in the U.S. Mail, postage prepaid and properly addressed this July 11, 2016.

Copy to: DEBTOR(S)  
       RICHARD D SHINBAUM

/s/ *Tina J. Hayes*  
Tina J. Hayes