UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE: ANTHONY TIMMONS
P O BOX 230274
MONTGOMERY, AL 36123

CASE NO: 16-31068-DHW

Soc. Sec. No. XXX-XX-0815
Debtor.

**AMENDED**
**INCOME WITHHOLDING ORDER**

TO: C & S WHOLESALE SERVICES INC
ATTN PAYROLL
1000 OLD PHILADELPHIA RD
ABERDEEN, MD 21001

The debtor subjected all of his income, including future earnings and wages to the jurisdiction of this Court by filing a case under Chapter 13 of the United States Bankruptcy Code. It is hereby

ORDERED that C & S WHOLESALE SERVICES INC withhold from the wages, earnings, or other income of this debtor the sum of **$86.00 WEEKLY** and remit all such funds withheld to:

CURTIS C REDING, CHAPTER 13 TRUSTEE
16-31068-DHW ANTHONY TIMMONS
P O BOX 613108
MEMPHIS TN 38101-3108

The wages, earnings or other income withheld in compliance with this Order should be remitted to the Trustee no less frequently than each month.

This Order continues in force and effect until further Order of this court.

Done Tuesday, July 19, 2016.

cc: Debtor
Debtor's Attorney

*/ s / Dwight H. Williams Jr.*
Dwight H. Williams Jr.
United States Bankruptcy Judge